3352
4215

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT-FIRST DISTRICT

THE CITY OF CHICAGO, a municipal corporation, )
        Plaintiff, )
        )  No: 12 M1 401040
v. )
        )  Re: 3216 W Fulton Blvd
Bryan Armstrong et al., Defendant(s). )
        )  Courtroom 1112 Richard J. Daley Center

~~EMERGENCY~~ PETITION FOR APPOINTMENT OF A (LIMITED) / GENERAL RECEIVER (*circle one*)

The City of Chicago ("City"), by its attorney, the Corporation Counsel, pursuant to 65 ILCS 5/11-31-1, 5/11-31-2 and 5/11-13-15 petitions the Court to appoint a receiver, with the powers granted and duties imposed upon receivers by courts and by statutes, until further order of Court. In support of this Petition, City states as follows:

1. Plaintiff, City, is a municipal corporation, authorized by 65 ILCS 5/11-31-2 (2004) to seek appointment of a receiver to correct conditions that fail to conform to minimum standards of health and safety;
2. The subject premises ("Premises") is located within the City of Chicago, and defendants are owners of or have an interest in Premises;
3. City filed this suit against defendant(s), alleging that dangerous and hazardous conditions exist at Premises. These dangerous and hazardous conditions pose an imminent threat of irreparable harm and injury to the health, safety and welfare of the public and the occupants of Premises;
4. Defendant(s) has/have failed to correct, after due notice, these unsafe and/or unhealthy building conditions;
5. Equitable remedies other than the appointment of a receiver are inadequate in this case because, on information and belief, defendants have failed and are not currently able or willing to abate the unhealthy and/or unsafe conditions in the premises. The conditions which now exist at the premises will remain unabated without the appointment of a receiver, and will result in the loss of salvageable property, as well as irreparable harm to the subject property's occupants, neighbors of the premises and the general public; and
6. Applicant's bond should be excused, and the surety bond waived, pursuant to 65 ILCS 5/11-31-2.3 (2004).

WHEREFORE, the Plaintiff, City of Chicago, respectfully requests that this Court:

A. Appoint a:     [ ] ~~General~~ Receiver
                 [✓] Limited Receiver, with powers granted and duties imposed as specified in paragraph B below
    until further order of court.

B. Authorize and order the receiver to enter into possession of the premises and to perform the following duties:

    [ ] Prepare a feasibility study regarding the care, management, and repair of the subject property;

    [ ] Vacate the subject property, which includes, but is not limited to, refunding any existing security deposits owed to tenants if they are being permanently relocated, hiring movers and arranging for transportation to new residences;

    [ ] Board and secure the subject property or board and secure the subject property after it is vacated;

    [ ] Collect rent, if the subject property is occupied and will not be vacated;

    [✓] Make repairs;

    [✓] Abate any dangerous and hazardous conditions at the subject property, including:

    [✓] rear porch

C. Authorize the receiver to retain counsel pursuant to Circuit Court Rule 8.2.
D. Authorize the receiver to employ agents to assist in the performance of his/her receivership duties.
E. Enjoin and restrain defendants from interfering with or obstructing the receiver's performance of her receivership duties.
F. Upon the appointment of the receiver, the owner(s) and/or owner's agent(s) shall provide to the receiver access to all areas of the building and deliver master keys for all units within 24 hours, along with all items and materials necessary for the receiver to perform his or her duties, including rent rolls and access to all financial accounts within seven days.
G. Excuse applicant's bond and receiver's bond pursuant to 65 ILCS 5/11-31-2.3.
H. Authorize the receiver to issue receiver's certificates for the costs and expenses of the receivership.
I. Continue this matter for a receiver's report and determination of whether a general receivership of the premises is feasible.

VERIFICATION BY CERTIFICATION

Pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that he or she is an attorney for the City of Chicago, and that he/she is the authorized agent of the Plaintiff for the purpose of making this certification, and that the statements set forth in this Petition are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid the he or she verily believes the same to be true.

By: _____
Attorney for Plaintiff
Corporation Counsel #90909
30 N. LaSalle, Room 700
Chicago, IL 60602
(312) 744-8791

FORM BLE.5001 rev. 3/2011

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT-FIRST DISTRICT

THE CITY OF CHICAGO, a municipal corporation, )
    Plaintiff, )
) No: **12 M1 401040**
v. )
**Bryan Armstrong** et al., ) Re: **3216 W Fulton Blvd**
    Defendant(s). )
) Courtroom 1105, Richard J. Daley Center

## ~~Default~~ ORDER

This cause coming to be heard on the set call, the Court having jurisdiction over the subject matter and the below-named defendant(s), being fully advised in the premises, and having heard evidence and testimony,
IT IS HEREBY ORDERED THAT Defendant(s) **Bryan Armstrong**

- [✓] Must personally appear before this Court on the next court date.
- [✓] Must schedule and be present for an ~~interior~~ / exterior inspection of the entire premises, with plans and permits on site, with the Department of Buildings, before the next court date or by _____.
- [ ] Must correct the following violations at the premises as cited in the Plaintiff's Complaint: _____ before the next court date or by _____.
- [ ] Must board and secure the premises before the next court date or by _____.
- [ ] Must keep the premises vacant / boarded and secured until further order of court.
- [ ] Shall be subject to a preliminary injunction not to rent, use, lease, or occupy the _____ and must keep the same vacant and secure until further order of court.
- [ ] Must immediately post notice at all levels of the front / rear porch(es) and notify all tenants and occupants that the porch(es) are to be used for emergency exiting only and not for recreation or storage, and maintain such notice until further order of court.
- [ ] Must register the premises as a vacant building pursuant to Municipal Code of Chicago §§ 13-12-125 to -128 within _____ days and must present proof of registration to the Court on the next court date.
- [✓] **Must come into full compliance by the next court date.**

ADDITIONALLY, THAT:
- [ ] All prior orders shall continue in full force and effect until further order of court.
- [ ] An alias summons shall issue to _____
- [ ] The following shall be joined as defendant(s) with summons to issue: _____
- [ ] All tenants and occupants of the property are joined as defendants with summons to issue.
- [ ] The following defendants are dismissed without prejudice, no fines, no costs: _____
- [✓] Defendant(s) **Bryan Armstrong** has / have failed to appear in court or otherwise plead and is / are in default. The complaint is confessed against said Defendant(s), and:
  - [✓] an ex parte judgment in the amount of $ **5,500**.00 plus court costs of $ **60**.00 for a total amount of $ **5,560**.00 is entered against said Defendant(s). | [ ] prove-up is continued to a later date.
- [ ] Defendant(s) unknown owners and nonrecord claimants and _____ having failed to appear in court or otherwise plead as of the publication default date of ___/___/___ is/are in default and the complaint is confessed against said Defendant(s).
- [✓] **City granted leave to file a Petition for Appointment of a Limited Receiver instanter.**
- [✓] Continued for (case management) / trial, settlement, or dismissal / hearing / jurisdiction
IT IS FURTHER ORDERED THAT this cause be continued to **1 / 22 / 13** at **9:30 a.m.**, Courtroom 1105, Richard J. Daley Center, 50 W. Washington St., Chicago, without further notice.

HEARING DATE: **10 / 2 / 12**
By: **BJ Baker**
Attorney for Plaintiff
Corporation Counsel #90909
30 N. LaSalle, Room 700
Chicago, IL 60602  (312) 744-8791

Judge Daniel B. Malone
OCT 02 2012
Circuit Court-2012

Judge **Malone**    Courtroom 1105

FORM CONS5 1001 rev. 4/2012

*Pink Copy for Defendant(s) (photocopy if required)*
*Yellow Copy for City of Chicago Department of Law*
*White Original for Court Records*

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**MUNICIPAL DEPARTMENT-FIRST DISTRICT**

THE CITY OF CHICAGO, a municipal corporation, ) 
    Plaintiff, ) No: 12 M1 401040 3352 4215

v. )
Bryan Armstrong ) Re: 3216 W Fulton Blvd
   et al., Defendant(s). )
  ) Courtroom 1102 Richard J. Daley Center

~~EMERGENCY~~ PETITION FOR APPOINTMENT OF A (LIMITED) / GENERAL RECEIVER *(circle one)*

The City of Chicago ("City"), by its attorney, the Corporation Counsel, pursuant to 65 ILCS 5/11-31-1, 5/11-31-2 and 5/11-13-15 petitions the Court to appoint a receiver, with the powers granted and duties imposed upon receivers by courts and by statutes, until further order of Court. In support of this Petition, City states as follows:

1. Plaintiff, City, is a municipal corporation, authorized by 65 ILCS 5/11-31-2 (2004) to seek appointment of a receiver to correct conditions that fail to conform to minimum standards of health and safety;

2. The subject premises ("Premises") is located within the City of Chicago, and defendants are owners of or have an interest in Premises;

3. City filed this suit against defendant(s), alleging that dangerous and hazardous conditions exist at Premises. These dangerous and hazardous conditions pose an imminent threat of irreparable harm and injury to the health, safety and welfare of the public and the occupants of Premises;

4. Defendant(s) has/have failed to correct, after due notice, these unsafe and/or unhealthy building conditions;

5. Equitable remedies other than the appointment of a receiver are inadequate in this case because, on information and belief, defendants have failed and are not currently able or willing to abate the unhealthy and/or unsafe conditions in the premises. The conditions which now exist at the premises will remain unabated without the appointment of a receiver, and will result in the loss of salvageable property, as well as irreparable harm to the subject property's occupants, neighbors of the premises and the general public; and

6. Applicant's bond should be excused, and the surety bond waived, pursuant to 65 ILCS 5/11-31-2.3 (2004).

**WHEREFORE**, the Plaintiff, City of Chicago, respectfully requests that this Court:

A. Appoint a:    [ ] ~~General~~ Receiver
                  [✓] Limited Receiver, with powers granted and duties imposed as specified in paragraph B below
    until further order of court.

B. Authorize and order the receiver to enter into possession of the premises and to perform the following duties:

  [ ] Prepare a feasibility study regarding the care, management, and repair of the subject property;

  [ ] Vacate the subject property, which includes, but is not limited to, refunding any existing security deposits owed to tenants if they are being permanently relocated, hiring movers and arranging for transportation to new residences;

  [ ] Board and secure the subject property or board and secure the subject property after it is vacated;

  [ ] ~~Collect rent~~, if the subject property is occupied and will not be vacated;

  [✓] ~~Make repairs~~;

  [✓] Abate any dangerous and hazardous conditions at the subject property, including:

  [✓] rear porch

C. Authorize the receiver to retain counsel pursuant to Circuit Court Rule 8.2.

D. Authorize the receiver to employ agents to assist in the performance of his/her receivership duties.

E. Enjoin and restrain defendants from interfering with or obstructing the receiver's performance of her receivership duties.

F. Upon the appointment of the receiver, the owner(s) and/or owner's agent(s) shall provide to the receiver access to all areas of the building and deliver master keys for all units within 24 hours, along with all items and materials necessary for the receiver to perform his or her duties including rent rolls and access to all financial accounts within seven days.

G. Excuse applicant's bond and receiver's bond pursuant to 65 ILCS 5/11-31-2.3.

H. Authorize the receiver to issue receiver's certificates for the costs and expenses of the receivership.

I. Continue this matter for a receiver's report and determination of whether a general receivership of the premises is feasible.

| VERIFICATION BY CERTIFICATION | |
|---|---|
| Pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that he or she is an attorney for the City of Chicago, and that he/she is the authorized agent of the Plaintiff for the purpose of making this certification, and that the statements set forth in this Petition are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid the he or she verily believes the same to be true. | By: *[signature]*<br>Attorney for Plaintiff<br>Corporation Counsel #90909<br>30 N. LaSalle, Room 700<br>Chicago, IL 60602<br>(312) 744-8791 |

FORM BLE.5001 rev. 3/2011

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**MUNICIPAL DEPARTMENT—FIRST DISTRICT**

THE CITY OF CHICAGO, a municipal corporation, )
    Plaintiff, ) No: 12 M1 401040
)
v. ) Re: 3216 W Fulton Blvd
Bryan Armstrong et al., )
    Defendant(s). ) Courtroom 1105, Richard J. Daley Center

*(handwritten in margin: 3631, 4250, 3552, 4519, 4215, 4219)*

## Default ORDER

This cause coming to be heard on the set call, the Court having jurisdiction over the subject matter and the below-named defendant(s), being fully advised in the premises, and having heard evidence and testimony;
IT IS HEREBY ORDERED THAT Defendant(s) **Bryan Armstrong**

- [✓] Must personally appear before this Court on the next court date.
- [✓] Must schedule and be present for an (interior) / exterior inspection of the entire premises, with plans and permits on site, with the Department of Buildings, before the next court date or by _____.
- [ ] Must correct the following violations at the premises as cited in the Plaintiff's Complaint: _____ before the next court date or by _____.
- [ ] Must board and secure the premises before the next court date or by _____.
- [ ] Must keep the premises vacant / boarded and secured until further order of court.
- [ ] Shall be subject to a preliminary injunction not to rent, use, lease, or occupy the _____ and must keep the same vacant and secure until further order of court.
- [ ] Must immediately post notice at all levels of the front / rear porch(es) and notify all tenants and occupants that the porch(es) are to be used for emergency exiting only and not for recreation or storage, and maintain such notice until further order of court.
- [ ] Must register the premises as a vacant building pursuant to Municipal Code of Chicago §§ 13-12-125 to -128 within ____ days and must present proof of registration to the Court on the next court date.
- [✓] **Must come into full compliance by the next court date.**

ADDITIONALLY, THAT:

- [ ] All prior orders shall continue in full force and effect until further order of court.
- [ ] An alias summons shall issue to _____
- [ ] The following shall be joined as defendant(s) with summons to issue: _____
- [ ] All tenants and occupants of the property are joined as defendants with summons to issue.
- [ ] The following defendants are dismissed without prejudice, no fines, no costs: _____
- [✓] Defendant(s) **Bryan Armstrong** has / have failed to appear in court or otherwise plead and is / are in default. The complaint is confessed against said Defendant(s), and:
  - [✓] an ex parte judgment in the amount of $ **5,500**.00 plus court costs of $ **60**.00 for a total amount of $ **5,560**.00 is entered against said Defendant(s).
  - [ ] prove-up is continued to a later date.
- [ ] Defendant(s) unknown owners and nonrecord claimants and _____ having failed to appear in court or otherwise plead as of the publication default date of ___/___/___ is/are in default and the complaint is confessed against said Defendant(s).
- [✓] **City granted leave to file a Petition for Appointment of a Limited Receiver instanter.**
- [✓] Continued for (case management) / trial, settlement, or dismissal / hearing / jurisdiction

IT IS FURTHER ORDERED THAT this cause be continued to **1 / 22 / 13** at **9:30** a.m., Courtroom 1105, Richard J. Daley Center, 50 W. Washington St., Chicago, without further notice.

HEARING DATE: **10 / 2 / 12**
By: _____ /s/ Baker
Attorney for Plaintiff
Corporation Counsel #90909
30 N. LaSalle, Room 700
Chicago, IL 60602   (312) 744-8791

Judge Daniel B. Malone
OCT 02 2012
Circuit Court-2012

Judge **Malone**    Courtroom 1105

FORM CONS5.1001 rev 4/2012

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CITY of Chicago
Plaintiff/Petitioner

v.

Bryan Armstrong
Defendant/Respondent

No. 12M1401040

Calendar _____

## ORDER

This matter coming before the Court on an Application and Affidavit to Sue or Defend as an Indigent Person, the Court being fully advised in the premises, IT IS HEREBY ORDERED;

Pursuant to Supreme Court Rule 298 and 735 ILCS 5/5-105:

☐ The applicant is permitted to sue or defend without payment of fees, costs or charges. Fees for the reproduction of any documents contained in the court file or the electronic docket are not waived without specific order of court. The applicant may be ordered to pay any portion of the waived fees or costs out of a settlement or judgment resulting from this action.

☒ The application is denied for the following reason(s): Over Guidelines

☐ Payment shall be: ☐ made by _____ (date) OR ☐ deferred until _____ (date) OR ☐ other _____

ENTERED
OCT 30 2012
DOROTHY BROWN
CLERK OF CIRCUIT COURT

ENTERED:
Dated: Oct 30, 2012
Judge _____ Judge's No 1930

Payment should be made by cash, money order or cashier's check, directly to the Clerk of the Circuit Court of Cook County at the courthouse where you filed your application.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

7. Fill out this section if you are currently married.
   My spouse's name is: **DARLCE ARMSTRONG**. My spouse is (check one):
   ☑ Employed as a(n) **Mail Handler** and the name of his/her employer is **Post Office**.
   During the last year my spouse earned $ **48,000** (before taxes). My spouse expects to earn $ **48,000** (before taxes) in the upcoming year.
   ☐ Unemployed as of _____.
   ☐ Retired and is receiving social security benefits and/or a pension in the amount of $ _____ per month.

8. Dependents:
   The following are the names and ages of the minor children and any other people who are dependent on me for support (List full name and age):
   **Trevon Ellis / 7**   **Ariana Armstrong 2**
   **Brandon Ellis / 3**

9. Other Expenses:
   ☑ I am paying child support in the amount of **130.00** per month.
   ☐ I am paying spousal support (alimony) in the amount of $ _____ per month.
   ☐ My monthly living expenses (not including child or spousal support payments) in the amount of $ **500.00** per month.

10. Under the penalty of perjury (a Class 3 Felony), I, the undersigned, certify (answer yes or no to each statement and sign your name.)

| | |
|---|---|
| 1) This application must be completely filled out. | ☑ Yes ☐ No  I have knowledge of the facts stated in this application. |
| 2) Please also submit:<br>a. Order to Sue or Defend as an Indigent Person<br>b. Legible copy of all pleadings (Not required in Domestic Relations cases) | ☑ Yes ☐ No  To the best of my knowledge, the statements set forth in this application are true and correct.<br>☑ Yes ☐ No  I believe in good faith that I have a meritorious claim or defense.<br>☑ Yes ☐ No  I am unable to proceed in this action if required to pay the fees, costs, and charges.<br>☑ Yes ☐ No  I and/or my family will suffer substantial hardship if required to pay the fees, costs, and charges. |
| 3) You may be required to submit:<br>a. Photo ID | ☐ Yes ☐ No  I have reviewed the United States Department of Health and Human Services Poverty Guidelines and belive my income is 125% or less of the current poverty level. |

Atty. No.: _____
Name: **Bryan Armstrong**
Atty. for: **Pro-Se**
Address: **3216 W. Fulton**
City/State/Zip: **Chicago IL**
Telephone: **(312) 388-9192**

Signature of Applicant: *Bryan Armstrong*
Dated: **10-30-2012**

735 ILCS 5/5-105

# INFORMATION SHEET FOR
# LEAVE TO SUE OR DEFEND AS AN INDIGENT PERSON

(a) As used in this section:
   (1) *"Fees, costs, and charges"* means payments imposed on a party in connection with the prosecution or defense of a civil action, including, but not limited to: filing fees; appearances fees; fees for service of process and other papers served either within or outside this State, including service by publication pursuant to Section 2-206 of this Code and publication of necessary legal notices; motion fees; jury demand fees; charges for participation in, or attendance at, any mandatory process or procedure including, but not limited to, conciliation, mediation, arbitration, counseling, evaluation, "Children First", "Focus on Children" or similar programs; fees for supplementary proceedings; charges for translation services; guardian ad litem fees; charges for certified copies of court documents; and all other processes and procedures deemed by the court to be necessary to commence, prosecute, defend, or enforce relief in a civil action.

   (2) *"Indigent person" means any person who meets one or more of the following criteria:*
      (i) He or she is receiving assistance under one or more of the following public benefits programs: Supplemental Security Income (SSI), Aid to the Aged, Blind and Disabled (AABD), Temporary Assistance for Needy Families (TANF), Food Stamps, General Assistance, State Transitional Assistance, or State Children and Family Assistance.
      (ii) His or her available income is 125% or less of the current poverty level as established by the United States Department of Health and Human Services, unless the applicant's assets that are not exempt under Part 9 or 10 of Article XII of this Code are of nature and value that the court determines that the applicant is able to pay the fees, costs and charges.
      (iii) He or she is, in the discretion of the court, unable to proceed in an action without payment of fees, costs, and charges and whose payment of those fees, costs, and charges would result in substantial hardship to the person or his or her family.
      (iv) He or she is an indigent person pursuant to Section 5-105.5 of this Code. [This states that "indigent person" means a person whose income is 125% or less of the current official federal poverty guidelines or who is otherwise eligible to receive civil legal services under the Legal Services Corporation Act of 1974. (42 U.S.C.A. Sec. 2996 et. seq.)]

(b) On the application of any person, before or after the commencement of an action, a court, on finding that the applicant is an indigent person, shall grant the applicant leave to sue or defend the action without payment of the fees, costs and charges of the action.

(c) An application for leave to sue or defend an action as an indigent person shall be in writing and supported by the affidavit of the applicant or, if the applicant is a minor or an incompetent adult, by the affidavit of another person having knowledge of the facts. The contents of the affidavit shall be established by Supreme Court Rule.

(d) The court shall rule on applications under this Section in a timely manner based on information contained in the application unless the court, in its discretion, requires the applicant to personally appear to explain or clarify information contained in the application. If the court finds that the applicant is an indigent person, the court shall enter an order permitting the applicant to sue or defend without payment of fees, costs or charges. If the application is denied, the court shall enter an order to that effect stating the specific reasons for the denial. The clerk of the court shall promptly mail or deliver a copy of the order to the applicant.

(e) The clerk of the court shall not refuse to accept and file any complaint, appearance, or other paper presented by the applicant if accompanied by an application to sue or defend in forma pauperis, and those papers shall be considered filed on the date the application is presented. If the application is denied, the order shall state a date certain by which the necessary fees, costs, and charges must be paid. The court, for good cause shown, may allow an applicant whose application is denied to defer payment of fees, costs, and charges, make installment payments, or make payment upon reasonable terms and conditions stated in the order. The court may dismiss the claims or defenses of any party failing to pay the fees, costs, or charges within the time and in the manner ordered by the court. A determination concerning an application to sue or defend in forma pauperis shall not be construed as a ruling on the merits.

(f) The court may order an indigent person to pay all or a portion of the fees, costs, or charges waived pursuant to this Section out of monies recovered by the indigent person pursuant to a judgment or settlement resulting from the civil action. However, nothing in this Section shall be construed to limit the authority of a court to order another party to the action to pay the fees, costs, or charges of the action.

(g) A court, in its discretion, may appoint counsel to represent an indigent person, and that counsel shall perform his or her duties without fees, charges, or reward.

(h) Nothing in this Section shall be construed to affect the right of a party to sue or defend an action in forma pauperis without the payment of fees, costs, or charges, or the right of a party to court appointed counsel, as authorized by any other provision of law or by the rules of the Illinois Supreme Court.

(i) The provisions of this Section are severable under Section 1.31 the Statute on Statutes. See (5 ILCS 70/1.31)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CIVIL DIVISION 1ST MUNICIPAL DISTRICT

PLAINTIFF: CITY CHICAGO ====> CASE NUMBER: 12-M1-401040
====>
====> CLAIMED $ : $5,500.00
V. ====>
====> RETURN DATE: **************
DEFENDANT: 3216 W FULTON BLVD ====>
====> COURT DATE :
====>
====> ROOM & TIME:

APPEARANCE

GENERAL APPEARANCE -- 0904 - 30 DAY DEFERMENT

THE LIST BELOW REPRESENTS THE APPEARANCE OF THE DEFENDANT

ARMSTRONG BRYAN

_____
SIGNATURE

__ INITIAL COUNSEL OF RECORD          X PRO SE (SELF-REPRESENTED)
__ ADDITIONAL APPEARANCE              __ SUBSTITUTE APPEARANCE

PRO SE CODE: 99500

NAME      : ARMSTRONG BRYAN
ATTY FOR  :
ADDRESS   : 3216 W FULTON 2ND FL
CITY/ST/ZP: CHICAGO           IL   60624
TELEPHONE : 312-388-9192

*****************************************************************
*                        IMPORTANT                               *
*                                                                *
* ONCE THIS APPEARANCE FORM IS FILED, PHOTOCOPIES OF THIS FORM MUST BE SENT *
* TO ALL OTHER PARTIES NAMED IN THIS CASE(OR TO THEIR ATTORNEYS) USING EITHER *
* REGULAR MAIL, FACSIMILE TRANSMISSION(FAX) OR PERSONAL DELIVERY. (SEE *
* ILLINOIS SUPREME COURT RULES 11 AND 13 FOR MORE INFORMATION.)   *
*****************************************************************

I CERTIFY THAT A COPY OF THE WITHIN INSTRUMENT WAS SERVED ON ALL PARTIES WHO
HAVE APPEARED AND HAVE NOT HERETOFORE BEEN FOUND BY THE COURT TO BE IN DEFAULT
FOR FAILURE TO PLEAD.

_____
PRO SE

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(This form replaces CCM 0009)      CCG N009-200M-6/5/03( )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT/FIRST DISTRICT

CITY OF CHICAGO
           Plaintiff
v.
BRYAN ARMSTRONG, et al.
           Defendant

No. 12 M1 401040
Claimed $: $5,500 per day
Return Date: _____
Court Date: _____
Room No.: 1105    9:30

Address of Court District for Filing

### APPEARANCE ~~AND JURY DEMAND~~*

☑ General Appearance    ☑ 0900 - Fee Paid    ☐ 0909 - No Fee
                             ☐ 0904 - Fee Waived    ☐ 0908 - Trial Lawyers Appearance - No Fee

☐ Jury Demand*    ☐ 1900 - Appearance and Jury Demand/Fee Paid
                    ☐ 1909 - Appearance and Jury Demand/No Fee Paid

The undersigned enters the appearance of:    ☐ Plaintiff    ☑ Defendant

JP MORGAN CHASE BANK, NA AS SUCCESSOR TO WASHINGTON MUT.
(Insert Litigant's Name)

_____ Signature

☑ Initial Counsel of Record    ☐ Pro Se (Self-represented)
☐ Additional Appearance    ☐ Substitute Appearance

☑ ATTORNEY NO.: 43703      ☐ PRO SE: 99500

(Please complete the following contact information.)
Name: Smith & Weik, LLC
Atty. for: Defendant JP Morgan Chase Bank, NA
Address: 1011 Lake Street, Suite 412
City/State/Zip: Oak Park, IL, 60301
Telephone: (708) 386-9540

> **Important**
>
> Once this Appearance form is filed, photocopies of this form must be sent to all other parties named in this case (or to their attorneys) using either regular mail, facsimile transmission (fax) or personal delivery. (See Illinois Supreme Court Rules 11 and 13 for more information.)

*Strike demand for trial by jury if not applicable.

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

_____ Attorney for

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**Plaintiff/Petitioner:** City of Chicago

v.

**Defendant/Respondent:** Bryan Armstrong

**No.** 12M1401040

**Calendar:** _____

## APPLICATION AND AFFIDAVIT TO SUE OR DEFEND AS AN INDIGENT PERSON

1. My Name is **Bryan Armstrong** and I am **45** years old.

   I live at (do not provide a P.O. Box #) **3216 W. Fulton 2nd Flr, Chicago IL 60624**

   My phone number is **(312) 388-9192**.

2. I am filing this application for (check one):
   - ☑ Myself
   - ☐ A minor whose name is _____ and who is ____ years old.
   - ☐ An incompetent adult whose name is _____ and who is ____ years old.
   - ☐ Other (Please explain) _____

3. I have retained an attorney to represent me in this matter (check one): ☐ Yes ☐ No The attorney's name is: _____

4. Assets:
   I own (check all that apply):
   - ☐ Real Estate, which is located at **Live w/ Parents**
   - ☐ I estimate the value of the property to be $ **0**
   - ☑ Automobile or other vehicle - Make **Chevy Impala** Year **06** Estimated Value $ **3500**
   - ☐ Jewelry, estimated value $ **0**
   - ☐ Cash and/or bank accounts in the amount of $ **0**
   - ☐ Any other property value, estimated value $ **0**

5. Fill out this section (and skip section #6, below) if you are currently employed:
   I am employed as a(n) _____ and the name of my employer is _____
   My employer can be reached by telephone at (____) _____. During the last year I earned $ _____ (before taxes). I expect to earn $ _____ (before taxes) in the upcoming year.
   My other sources of income are (check all that apply): ☐ SSI ☐ Public Aid ☐ Food Stamps or Illinois LINK Card ☑ Family Assistance ☐ Child Support or Spousal Support (alimony) ☐ Disability ☐ Pension ☐ Social Security ☐ Other (Please specify) _____
   The total income from these sources is $ **250** per month.

6. Fill out this section if you are currently not working:
   I have been unemployed or retired since **3/11/2012**. My last job was as a(n) **Postal Clerk** and my former employer was **Post Office**.
   My sources of income are (check all that apply): ☐ Unemployment ☐ SSI ☐ Public Aid ☐ Food Stamps or Illinois LINK Card ☑ Family Assistance ☐ Child Support or Spousal Support (alimony) ☐ Disability ☐ Pension ☐ Social Security ☐ Other (Please specify) _____
   The total income from these sources is $ **250** per month.

3331
3332

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT – FIRST DISTRICT

12 MAY 18 PM 2: 35

CLERK OF CIRCUIT COURT
CIVIL DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, a municipal corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 12 M1 401040 |
| BRYAN ARMSTRONG, et al., | ) | Address: 3216 W. Fulton Blvd |
| Defendants. | ) | |

## NOTICE OF FILING

TO: Assistant Corporation Counsel
30 North LaSalle Street, Suite 700
Chicago, Illinois 60602

Please take notice that on May 18, 2012, we filed with the Clerk of the Circuit Court, Richard J. Daley Center, 50 W. Washington Chicago, Illinois 60602, the attached Appearance of Smith & Weik, LLC on behalf of Defendant, JP Morgan Chase Bank, NA, as Successor to Washington Mutual Bank FA, a copy of which is hereby served upon you.

_____
Attorney for Defendant, JP Morgan Chase Bank, NA, as Successor to Washington Mutual Bank FA

Smith & Weik, LLC
1011 Lake Street, Suite 412
Oak Park, IL, 60301
(708) 386-9540
Attorney Code 43703

## PROOF OF SERVICE

The undersigned non-attorney certifies, deposes and says upon oath that he served the above Notice, together with true and accurate copies of the above stated instruments upon the above named parties at said addresses in a properly addressed, postage pre-paid envelope and deposited same in a U.S. Mailbox at 1011 Lake Street, Oak Park, Illinois at or before the hour of 5:00 p.m. on May 18, 2012.

Signed and Certified:

_____

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT - FIRST DISTRICT

**12M1 401040**

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation, ) <br> Plaintiff ) <br> V ) <br> BRYAN ARMSTRONG ) <br> DARICE ARMSTRONG ) <br> AEGIS FUNDING CORP. ) <br> JP MORGAN CHASE BANK, NA AS SUCCESSOR TO ) <br> WASHINGTON MUTUAL BANK FA <br> MORTGAGE ELELCTRONIC REG SYSTEMS INC. AS ) <br> NOMINEE FOR AEGIS FUNDING CORP. <br> Unknown owners and non-record claimants ) <br> Defendants ) | Case No. _____ <br> Amount claimed per day   5,500.00 <br> Address: <br> 3216 - 3216 W FULTON BLVD CHICAGO IL 60624- |

## COMPLAINT FOR EQUITABLE AND OTHER RELIEF

Plaintiff, City of Chicago, a municipal corporation, by Stephen Patton, Corporate Counsel, by the undersigned Assistant(s) Corporation Counsel, complains of Defendants as follows:

### Count I

1. Within the corporate limits of said city there is a parcel of real estate legally described as follows:
   16-11-405-084
   LOT 8 IN BLOCK 6 IN SUBDIVISION OF THE SOUTH 1/2 OF BLOCK 6, TOGETHER WITH THE NORTH 1/2 OF BLOCK 7, IN TYRELL, BARRETT AND KERFOOT'S SUBDIVISION OF THE EAST 1/2 OF THE SOUTHEAST 1/4 OF SECTION 11, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

   Commonly known as
   3216 - 3216 W FULTON BLVD CHICAGO IL 60624-
   and that located thereon is a

   - 2   Story(s) Building
   - 2   Dwelling Units
   - 0   Non-Residential Units



```
*************************************
* THIS FORM MUST BE RETURNED WITH    *
* CASHIERS CHECK OR MONEY ORDER      *
*************************************
```

Defendant Name:   ARMSTRONG BRYAN

Defendant Phone:  312-388-9192

Date:   10/30/2012

```
*****************************************
* TEMPORARY WAIVER OF APPEARANCE FEE     *
*****************************************
```

Case No:  12-M1-401040          Amount:      $5,500.00          Return Date:   *********

Appearance fee of $186 is temporarily waived. If this fee is not paid
within the designated time, a Default judgement may be entered against
you for the amount of the suit.
General Order No. 69-21(M))

                                                        E. Kenneth Wright
                                                         Presiding Judge
                                                     First Municipal District

Payment should be MAILED to:
Clerk of the Circuit of Cook County
Richard J. Daley Center
50 W. Washington Street, Room 602
Chicago, IL  60602

If PAYING IN PERSON, please go to the Accounting Dept, room 1005

Always give the case number when communicating with the Clerk:

                                    Approved by: _____

(Note: Waivers for suits filed for more than $10,000 require a judge's
approval, which may be obtained in room1301)

```
*************************************
* THIS FORM MUST BE RETURNED WITH    *
* CASHIERS CHECK OR MONEY ORDER      *
*************************************
```