MA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CITY OF CHICAGO )
Plaintiff )
)
) Case Number: 13 CV 7431
v. )
) Judge: KOCORAS
)
BRYAN ARMSTRONG )
Defendant )

NOTICE OF MOTION

TO: Corporation Counsel
LaSalle Rm 700
Chicago IL 60602

**FILED**
OCT 2 4 2013
Oct 24, 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on October 31, 2013 at 9:30 AM, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge KOCORAS or any judge sitting in his or her stead in **Courtroom** 1719 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:** DEFENDANT MOTION FOR APPOINTMENT OF Counsel

---

CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2013 I provided service to the person or persons listed above by the following means: WALK UP SERVICE FAX

Signature: Bryan Armstrong        Date: October 24, 2013

Name (Print): BRYAN Armstrong

Address: 3216 W. FULTON         Phone: (312) 388-9192

Chicago IL 60624